UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHERAMIE R. FONTENETTE**　　　　　　　　　　CIVIL ACTION

**VERSUS**　　　　　　　　　　　　　　　　　　NO. 15-474-BAJ-EWD

**CIGH SERVICES, INC.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on March 29, 2017.

　　　　　　　　　　　　　　　　　　_Erin Wilder-Doomes_
　　　　　　　　　　　　　　　　　　**ERIN WILDER-DOOMES**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Certified Mail 7004 1160 0003 2648 3986

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CHERAMIE R. FONTENETTE**                         **CIVIL ACTION**

**VERSUS**                                                              **NO. 15-474-BAJ-EWD**

**CIGH SERVICES, INC.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Complaint in this matter was filed on August 7, 2015 by *pro se* plaintiff, Cheramie Fontenette.[1] The initial scheduling conference in this matter was canceled in November 2015 because there was no information in the record to indicate that defendant, CIGH Services, Inc. ("CIGH"), had been served, nor had CIGH made an appearance.[2]

The scheduling conference was canceled again in September 2016 because the matter had been pending for more than six months without proceedings and there was still no indication of service upon defendant in the record so an Order to Show Cause was issued.[3] The September 2016 Order to Show Cause was ordered to be served on plaintiff by certified mail return receipt requested and a show cause hearing was set for October 4, 2016.[4] The show cause hearing was rescheduled twice -- November 9, 2016[5] and December 13, 2016[6] because the court was unable to obtain delivery confirmation upon Plaintiff at the address provided when suit was filed.[7]

---

[1] R. Doc. 1.
[2] R. Doc. 3.
[3] R. Doc. 6.
[4] *Id.*
[5] R. Doc. 9
[6] R. Doc. 11.
[7] The address provided by the plaintiff is 10638 Northdale Dr., Baton Rouge, LA 70811.  R. Doc. 1, p. 1.

Specifically, on October 12, 2016 and November 30, 2016, the court received notice that mail was returned as undeliverable from that address.[8]

Pursuant to Local Civil Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days.  As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.  The Court has exhausted its efforts to reach the plaintiff at the only address provided.

Accordingly,

## RECOMMENDATION

It is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Local Civil Rule 41(b)(4).

**IT IS ORDERED** that the Clerk of Court is to provide this Magistrate Judge's Report and Recommendation to Plaintiff via certified mail, return receipt requested to the following address: 10638 Northdale Dr., Baton Rouge, LA 70811.

Signed in Baton Rouge, Louisiana, on March 29, 2017.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[8] R. Doc. 8 & 12.