UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERAMIE R. FONTENETTE** | **CIVIL ACTION** |
| **VERSUS** | |
| **CIGH SERVICES INC.** | **NO.: 15-00474-BAJ-EWD** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)**, pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommended that this case be dismissed without prejudice for failure to prosecute. (Doc. 13 at p. 3).

The Report and Recommendation notified the Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), Plaintiff had fourteen (14) days from the date of the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. (Doc. 13 at p. 1). No objections were filed.

Having carefully considered the underlying complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 13)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the above captioned case is DISMISSED WITHOUT PREJUDICE.

Baton Rouge, Louisiana, this 26th day of May, 2017.

*[signature]*

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA